646

*In re* **RALEIGH**, Patrick Joseph (MR 21163)
Palos Heights, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Patrick Joseph Raleigh is suspended from the practice of law for two years and until further order of the Court.

*In re* **RASCIA**, Robert Louis (MR 21229)
Chicago, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Robert Louis Rascia is suspended from the practice of law for three months. Suspension effective December 8, 2006. Respondent Robert Louis Rascia shall reimburse the Client Protection Trust Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.